| AO 10 Rev. 1/2019 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2019** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| **1. Person Reporting** (last name, first, middle initial)<br><br>Goldberg, Mitchell S. | **2. Court or Organization**<br><br>U.S. District Court, Eastern District of Pennsylvania | **3. Date of Report**<br><br>08/13/2020 |
|---|---|---|
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U. S. District Judge - Active Status | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2019<br>**to**<br>12/31/2019 |
| **7. Chambers or Office Address**<br><br>Room 7614, U. S. Courthouse<br>601 Market Street<br>Philadelphia, PA 19106 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2/03 | Pennsylvania Employee Retirement System |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldberg, Mitchell S. | 08/13/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | Pennsylvania Employee Retirement System | $13,818.00 |
| 2. 12/2019 | Beasley School of Law at Temple University - Teaching | $5,000.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Independent Yoga Instructor |
| 2. 2019 | Moore Energy LLC |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Goldberg, Mitchell S.** | 08/13/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Wells Fargo | Vacation Property #1, Ocean County, New Jersey | O |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Goldberg, Mitchell S.** | 08/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. COMMON STOCK: | | | | | | | | | |
| 2. AT&T Inc | A | Dividend | J | T | | | | | |
| 3. Caterpillar Inc. | A | Dividend | J | T | | | | | |
| 4. Cisco Sys Inc. | A | Dividend | J | T | | | | | |
| 5. Ford Motor Co Del | A | Dividend | J | T | | | | | |
| 6. GlaxoSmithKline PLC | A | Dividend | J | T | | | | | |
| 7. Kellogg Co | A | Dividend | J | T | | | | | |
| 8. Kimberly Clark Corp | A | Dividend | J | T | | | | | |
| 9. Merck & Co Inc. | A | Dividend | K | T | | | | | |
| 10. Mesabi TR | A | Dividend | J | T | | | | | |
| 11. New York Mtg TR Inc. | A | Dividend | J | T | | | | | |
| 12. United Technologies Corp | A | Dividend | J | T | | | | | |
| 13. PREFERRED OR OTHER STOCK: | | | | | | | | | |
| 14. Aegon N V | A | Dividend | J | T | Sold | 06/17/19 | J | | |
| 15. SL Green Realty Corp | A | Dividend | J | T | | | | | |
| 16. Taubman Ctrs Inc | A | Dividend | J | T | | | | | |
| 17. UGI Corp | A | Dividend | J | T | Buy | 08/29/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldberg, Mitchell S. | 08/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.   MASTER LIMITED PARTNERSHIPS: | | | | | | | | | |
| 19.   Amerigas Partners LP | A | Interest | J | T | Sold | 08/27/19 | J | | |
| 20.   Icahn Enterprises | A | Interest | J | T | | | | | |
| 21.   MUTUAL FUNDS: | | | | | | | | | |
| 22.   Metropolitan West FDS | A | Interest | J | T | | | | | |
| 23.   CLOSED END FUNDS: | | | | | | | | | |
| 24.   Guggenheim Enhanced Equity Income Fund | A | Interest | J | T | | | | | |
| 25.   Blackrock Municipal Holdings Fund II Inc | A | Interest | K | T | | | | | |
| 26.   Delaware Invt Nat Muni Inc Fund | A | Interest | K | T | | | | | |
| 27.   Eaton Vance Natl Mun Opport TR | A | Interest | J | T | | | | | |
| 28.   Invesco Mun Income | A | Interest | K | T | | | | | |
| 29.   Nuveen Amt-Free Mun Value Fund | A | Interest | J | T | | | | | |
| 30.   Putnam Managed Mun Incom TR | A | Interest | K | T | | | | | |
| 31.   Western Asset Mun Def Opp TR | A | Interest | K | T | | | | | |
| 32.   Rental Property #1, Ocean County, New Jersey ($820,000) | D | None | O | W | | | | | No longer renting |
| 33.   Morgan Stanley Private Bank NA | A | Interest | M | T | | | | | |
| 34.   MORGAN STANLEY SMITH BARNEY #1 - COMMON STOCKS & OPTIONS: | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldberg, Mitchell S. | 08/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Apple Inc | A | Dividend | L | T | | | | | |
| 36. AT&T Inc | B | Dividend | K | T | | | | | |
| 37. Brighthouse Finl | | None | J | T | | | | | |
| 38. Bristol Myers Squibb Co. | A | Dividend | J | T | | | | | |
| 39. Chemours Co Com | A | Dividend | J | T | | | | | |
| 40. Crown Castle Intl Corp | A | Dividend | K | T | | | | | |
| 41. Discover Fincl Svcs | A | Dividend | J | T | | | | | |
| 42. H & R Block | A | Dividend | J | T | | | | | |
| 43. Harley Davidson Inc. | A | Dividend | J | T | | | | | |
| 44. HCP Inc. *Name change to Healthpeak 11/5/2019 | A | Dividend | J | T | | | | | |
| 45. Kimberly Clark Corp. | A | Dividend | K | T | | | | | |
| 46. Kinder Morgan Incorp. | A | Dividend | J | T | Sold | 04/02/19 | J | | |
| 47. Metlife Inc. | A | Dividend | K | T | | | | | |
| 48. Pepsico Inc. | A | Dividend | J | T | | | | | |
| 49. Sysco Corp | A | Dividend | J | T | | | | | |
| 50. Walt Disney Co. Hldg. Co. | A | Dividend | J | T | | | | | |
| 51. Whirlpool Corp Preferential | A | Dividend | K | T | Sold | 04/30/19 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Goldberg, Mitchell S.** | 08/13/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. Avanos Medical Inc. | A | Dividend | J | T | | | | | |
| 53. United Parcel Service | A | Dividend | K | T | Buy | 06/10/19 | K | | |
| 54. MORGAN STANLEY SMITH BARNEY CORPORATE BONDS: | | | | | | | | | |
| 55. Capital One Financial Co. Bond | B | Interest | K | T | | | | | |
| 56. Potash Corp. Saskatchewan | B | Interest | K | T | | | | | |
| 57. Goldman Sachs Group Inc. | A | Interest | K | T | Redeemed | 01/31/19 | K | | |
| 58. MORGAN STANLEY SMITH BARNEY CERTS OF DEPOSIT: | | | | | | | | | |
| 59. Synchrony DRAPER UT CD | A | Interest | K | T | | | | | |
| 60. Wells Fargo Bank NA CD | A | Interest | K | T | Redeemed | 11/29/19 | K | | |
| 61. Wells Fargo Bank NA Fid | A | Interest | K | T | | | | | |
| 62. JP Morgan Chase Bank | A | Interest | K | T | Redeemed | 06/19/19 | K | | |
| 63. Ally Bank Midvale | A | Interest | K | T | Buy | 05/22/19 | K | | |
| 64. State Bank Ind New York | A | Interest | K | T | Buy | 02/26/19 | K | | |
| 65. HSBC Bank | A | Interest | K | T | Buy | 10/17/19 | K | | |
| 66. MORGAN STANLEY SMITH BARNEY #2 - FINANCIAL MGT ACCT: | | | | | | | | | |
| 67. Exxon Mobil Corp | A | Dividend | J | T | | | | | |
| 68. International Paper Co. | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Goldberg, Mitchell S.** | 08/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | United Technologies | A | Dividend | K | T | | | | | |
| 70. | Pennsylvania St. Genl. Oblig | B | Interest | K | T | | | | | |
| 71. | Connecticut St Genl CD | | Interest | K | T | Buy | 12/20/19 | K | | |
| 72. | MORGAN STANLEY SMITH BARNEY #3 - COMMON STOCK: | | | | | | | | | |
| 73. | Baxter Intl Inc | A | Dividend | J | T | | | | | |
| 74. | Pentair PLC. | A | Dividend | J | T | | | | | |
| 75. | Pepsico Inc | A | Dividend | K | T | | | | | |
| 76. | Williams Co., Inc. | A | Dividend | J | T | | | | | |
| 77. | Walt Disney Co. Hldg. Co. | A | Dividend | J | T | | | | | |
| 78. | nVent Electric | A | Dividend | J | T | | | | | |
| 79. | Goldman Sachs New York NY CD | A | Interest | K | T | Redeemed | 05/21/19 | K | | |
| 80. | Bank Hapoalim CD | A | Interest | K | T | Buy | 03/21/19 | K | | |
| 81. | Oppenheimer Fund - Retirement IRA | A | Dividend | K | T | | | | | |
| 82. | Sirius XM Radio, Inc. - Stock | A | Dividend | J | T | Sold | 02/27/19 | J | | |
| 83. | SAVINGS & CHECKING ACCOUNTS: | | | | | | | | | |
| 84. | Capital One 360 Savings Account | A | Interest | K | T | | | | | |
| 85. | TD Bank Checking Account | | None | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Goldberg, Mitchell S.** | 08/13/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Goldberg, Mitchell S. | 08/13/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Mitchell S. Goldberg**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544